1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MKRTICH AYRAPETYAN; an individual,<br><br>Defendants. | CASE NO. CV 13-8470-GW(SHx)<br>(The Hon. George H. Wu - Courtroom 10)<br><br>**ORDER COMMANDING ABISOGOM AYRAPETYAN TO APPEAR IN COURT AND SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT OF COURT AND WHY SANCTIONS SHOUD NOT BE IMPOSED ON HIM**<br><br>DATE:　　　　FEBRUARY 25, 2016<br>TIME:　　　　8:30 A.M.<br>COURTROOM:　"10"<br>　　　　312 North Spring St.<br>　　　　Los Angeles, CA 90012<br><br>Judgment Entered: January 16, 2015 |

The motion of BMW OF NORTH AMERICA, LLC ("Plaintiff" or "Judgment Creditor") FOR ISSUANCE OF ORDER TO SHOW CAUSE AND ORDER IMPOSING SANCTIONS RE ABISOGOM AYRPETYAN'S CONTEMPT OF SUBPOENA (the "Motion") came on regularly for hearing at the date, time, and place set forth above. Israel Saperstein, Esq., appeared for

-1-

**ORDER COMMANDING ABISOGOM AYRAPETYAN TO APPEAR IN COURT AND SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT AND WHY SANCTIONS SHOUD NOT BE IMPOSED**

argument on behalf of Judgment Creditor. No appearance was made for defendant, Mkrtich Ayrapetyan, and no appearance was made for Abisogom Ayrapetyan.

The Court having reviewed and considered comments of counsel and the Moving papers of Plaintiff, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff has shown that Abisogom Ayrapetyan violated this Court's order by failing to appear for his deposition and otherwise comply with the subpoenas duces tecum served on him.

2. Therefore, the Court grants Plaintiff's request for an order to show cause.

3. Abisogom Ayrapetyan is COMMANDED TO APPEAR IN PERSON before the undersigned Honorable George H. Wu on March 31, 2016 at 8:30 a.m. in Courtroom 10, United States District Court, 312 N. Spring Street, Los Angeles, California 90012 to SHOW CAUSE as to why he should not be held in CONTEMPT for his failure to comply with the subpoenas duces tecum served on him.

4. Should Abisogom Ayrapetyan comply with the subpoenas duces tecum by attending his deposition, producing documents identified in the subpoenas, cooperating with the examination, and giving testimony in good faith according to the Federal Rules of Civil Procedure before March 31, 2016, the parties shall notify the Court immediately, the March 31, 2016 show cause hearing will be vacated, and he will not need to appear on March 31, 2016.

5. **Abisogom Ayrapetyan is strongly cautioned that failure to comply with this order will result in the issuance of compensatory contempt sanctions in the amount of Plaintiff's reasonable fees and costs *and* may result in arrest by the United States Marshals Service.**

  6. Should Abisogom Ayrapetyan be found in contempt, the Court will consider Plaintiff's request for the issuance of compensatory sanctions against him; accordingly, Plaintiff is ordered to submit evidence of the fees and costs it requests within twenty-one days of the date of this order.  Should Abisogom Ayrapetyan wish to respond, the response must be filed no later than one week thereafter.

  7. The Court strongly urges the parties to resolve these disputes prior to the show cause hearing.

  8. If the show cause hearing is vacated, Plaintiff is not precluded from seeking sanctions for Abisogom Ayrapetyan's prior failure to comply with the subpoenas duces tecum served on him.

IT IS SO ORDERED.

Dated: February 26, 2016

             _____
             THE HONORABLE GEORGE H. WU
             UNITED STATES DISTRICT JUDGE

-3-

**ORDER COMMANDING ABISOGOM AYRAPETYAN TO APPEAR IN COURT AND SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT AND WHY SANCTIONS SHOUD NOT BE IMPOSED**