# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MKRTICH AYRAPETYAN; an individual,<br><br>Defendants. | CASE NO. CV 13-8470-GW(SHx)<br>(The Hon. George H. Wu - Courtroom 10)<br><br>**ORDER COMMANDING LIANA AYRAPETYAN TO APPEAR IN COURT AND SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT OF COURT AND WHY SANCTIONS SHOUD NOT BE IMPOSED ON HER**<br><br>DATE:        FEBRUARY 25, 2016<br>TIME:         8:30 A.M.<br>COURTROOM:  "10"<br>               312 North Spring St.<br>               Los Angeles, CA 90012<br><br>Judgment Entered: January 16, 2015 |

The motion of BMW OF NORTH AMERICA, LLC **("Plaintiff" or "Judgment Creditor")** for Issuance of an Order to Show Cause and for Sanctions Re Liana Ayrapetyan's Contempt of Subpoena and Contempt of Subsequent Court Order Compelling Her to Obey Subpoena **(the "Motion")** came on regularly for hearing at the date, time, and place set forth above.  Israel

**ORDER COMMANDING LIANA AYRAPETYAN TO APPEAR IN COURT AND SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT AND WHY SANCTIONS SHOUD NOT BE IMPOSED**

Saperstein, Esq., appeared for argument on behalf of Judgment Creditor. No appearances were made for defendant, Mkrtich Ayrapetyan, for Liana Ayrapetyan, and for Vakhe Khodzhayan.

The Court having reviewed and considered comments of counsel, the Moving papers of Plaintiff, and the Supplemental papers of Plaintiff, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff has shown that Liana Ayrapetyan violated this Court's order entered October 2, 2015 by failing to appear for her deposition and otherwise comply with the subpoena served on her on July 7, 2015.

2. Therefore, the Court grants Plaintiff's request for an order to show cause.

3. Liana Ayrapetyan is COMMANDED TO APPEAR IN PERSON before the undersigned Honorable George H. Wu on March 31, 2016 at 8:30 a.m. in Courtroom 10, United States District Court, 312 N. Spring Street, Los Angeles, California 90012 to SHOW CAUSE as to why she should not be held in CONTEMPT for her failure to comply with (1) this Court's order entered October 2, 2015 compelling her to obey subpoena and (2) the subpoena to appear for her deposition and produce documents served on her July 7, 2015.

4. Should Liana Ayrapetyan comply with the subpoena by attending her deposition, producing documents identified in the subpoena, cooperating with the examination, and giving testimony in good faith according to the Federal Rules of Civil Procedure before March 31, 2016, the parties shall notify the Court immediately, the March 31, 2016 show cause hearing will be vacated, and she will not need to appear on March 31, 2016.

5. **Liana Ayrapetyan is strongly cautioned that failure to comply with this order will result in the issuance of compensatory contempt sanctions in**

**ORDER COMMANDING LIANA AYRAPETYAN TO APPEAR IN COURT AND SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT AND WHY SANCTIONS SHOUD NOT BE IMPOSED**

**the amount of Plaintiff's reasonable fees and costs *and* may result in arrest by the United States Marshals Service.**

6. Should Liana Ayrapetyan be found in contempt, the Court will consider Plaintiff's request for the issuance of compensatory sanctions against her; accordingly, Plaintiff is ordered to submit evidence of the fees and costs it requests within twenty-one days of the date of this order. Should Liana Ayrapetyan wish to respond, the response must be filed no later than one week thereafter.

7. The Court strongly urges the parties to resolve these disputes prior to the show cause hearing.

8. If the show cause hearing is vacated, Plaintiff is not precluded from seeking sanctions for Liana Ayrapetyan's prior failure to comply with (1) this Court's order entered October 2, 2015 compelling her to obey subpoena and (2) the subpoena to appear for her deposition and produce documents served on her July 7, 2015

IT IS SO ORDERED.

Dated: February 26, 2016 _____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

**ORDER COMMANDING LIANA AYRAPETYAN TO APPEAR IN COURT AND SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT AND WHY SANCTIONS SHOUD NOT BE IMPOSED**